United States Bankruptcy Court================VOLUNTARY PETITION
NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

IN RE------------------------------------------IN RE--------------------------------------------

     William J. Kelley                Karen M. Kelley

ALL OTHER NAMES----------------------------ALL OTHER NAMES----------------------

     **None**                  **None**

SSN/ TAX ID.-------------------------------------SSN/TAX ID.--------------------------------

     ***-**-8195              ***-**-4193

STREET ADDRESS-----------------------------STREET ADDRESS-----------------------

     3 Jayne Street               3 Jayne Street

     Algonquin, IL  60102       Algonquin, IL  60102

COUNTY OF RESIDENCE---------------------COUNTY OF RESIDENCE-----------------

     McHenry               McHenry

MAILING ADDRESS----------------------------MAILING ADDRESS------------------------

     Same as above            Same as above

VENUE--------------------------------------------------------------------------------------------

Debtors have had their residence within this district for the preceding 180 days.

================INFORMATION REGARDING DEBTOR================

| | |
|---|---|
| Type of Debtor: Married | Chapter: 13 |
| Nature of debt: **CONSUMER** | Filing fee: $194.00 |
| STATISTICAL INFORMATION============ | ATTORNEY NAME AND ADDRESS |
| After excluding exempt property and | Richard C. Kelly |
| paying administrative expenses, | 10008 Main St., Box 428 |
| funds will be available for | Hebron, IL  60034 |
| distribution to unsecured creditors. | |
| (Estimated figures) | |
| Number of creditors:  9 | |
| Assets:  $210,650.00 | |
| Liabilities:  $174,678.00 | Other attorneys------------------- |

COURT USE ONLY

------------PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS-----------
HUSBAND: None
WIFE: None
-PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE-
HUSBAND:
WIFE:
----------------------------REQUEST FOR RELIEF-------------------------------------------
Debtors request relief in accordance with the chapter of title 11 United States Code
specified in this petition.
-----------------------------------SIGNATURES----------------------------------------------

Richard C. Kelly, Jr.                                      Date: 10/9/04
06209002

I declare under penalty of perjury that the information provided in this petition is true and
correct.

                                                          Date: 10/9/04

                                                          Date: 10/9/04

I am/aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States
Code, understand the relief available under such chapter, and choose to proceed under
chapter _____ of such title.

Exhibit B has been completed.

                                                          Date: 10/9/04

                                                          Date: 10/9/04
------------------------------------------EXHIBIT B--------------------------------------------
I, the attorney for the debtors in the foregoing petition, declare that I have informed the
debtors that they may proceed under chapter 7, 11, 12, or 13 of title 11, United States
Code, and have explained the relief available under such chapter.

                                                          Date: 10/9/04

Richard C. Kelly, Jr.
06209002

In re:  William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE A-REAL PROPERTY

| Description and location of property | Current market value of debtors' interest in the property without deducting any secured claim or exemption |
|---|---|
| Single Family Home<br>3 Jayne Street<br>Algonquin, IL. 60102 | $200,000.00 |

| Nature of debtors' interest in property | Amount of secured claim |
|---|---|

| Joint Owners - Single Family Home<br>   3 Jayne Street<br>   Algonquin, IL  60102 | 1st Mortgage   $55,000.00<br>Amcore Mortgage, Inc.<br>2nd Mortgage   $98,000.00<br>Beneficial Mortgage |

In re: William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE B-PERSONAL PROPERTY

| Type of property | Current market value of debtors' interest in the property without deducting any secured claim or exemption |
|---|---|
| Description and location of property: | |

1.    Cash on hand.
      **None**

2.    Checking, savings, or other financial account, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.
      **Checking Account - Amcore Bank  $300.00**

3.    Security deposits with public utilities, telephone companies, landlords, and others.
      **None**

4.    Household goods, furnishings, including audio, video, and computer equipment.
      **$2,500.00**

5.    Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.
      **None**

6.    Wearing Apparel.
      **$100.00**

7.    Furs jewelry.
      **None**

8.    Firearms and sports, photographic, and other hobby equipment.
      **None**

9.    Interests in insurance policies.
      **None**

10.   Annuities.
      **None**

11.   Interests in IRA, ERISA, Keogh, or other pension or profit.
      Husband Pension Plan through union-$3,000.00

12. Stock and interests in incorporated and unincorporated businesses.
   **None**

13. Interests in partnerships or joint ventures.
   **None**

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
   **None**

15. Accounts receivable.
   **None**

16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.
   **None**

17. Other liquidated debts owing debtor including tax refunds.
   **None**

18. Equitable or future interests, life estates, and rights or powers of exercisible for the benefit of the debtor other than those listed in Schedule of Real Property.
   **None**

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
   **None**

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.
   **None**

21. Patents, copyrights, and other intellectual property.
   **None**

22. Licenses, franchises, and other general intangibles.
   **None**

23. Automobiles, trucks, trailers, and other vehicles or accessories.
   **1999 Ford 350 Pickup truck - $2,850.00**
   **1999 Ford Escort - $2,000.00**

24. Boats, motors, and accessories.
   **None**

25.    Aircraft and accessories.
       **None**

26.    Office equipment, furnishings, and supplies.
       **None**

27.    Machinery, fixtures, equipment, and supplies used in business.
       **None**

28.    Inventory.
       **None**

29.    Animals.
       **None**

30.    Crops-growing or harvested.
       **None**

31.    Farming equipment and implements.
       **None**

32.    Farm supplies, chemicals, and feed.
       **None**

33.    Other personal property of any kind not already listed.
       **None**

Total: $10,650.00          Page 2

In re: William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtors elect the exemptions to which debtors are entitled under:

11 U.S.C. sec. 522 (b) (2)

> Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtors' domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 day period than in any other place, and the debtors; interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

Debtors are

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

| | |
|---|---|
| Single Family Residence | |
| Debtors' interest: $200,000.00 | Value exempt:  $15,000.00 |
| Law:  735 ILCS 5/12-901 | |
| Total Debt | |
| on property:  $153,000.00 | |
| | |
| Furniture, furnishings, appliances | |
| Debtors' interest: $2,500.00 | Value exempt:  $2,500.00 |
| Law: 735 ILCS 5/12-1001b | |
| | |
| Personal clothing and accessories of Debtors' | |
| Debtors' interest:  $100.00 | Value exempt:  100% |
| Law:  735 ILCS 5/12-1001a | |
| | |
| 1999 Ford 350 Pickup truck | |
| Debtors Interest $2,850.00 | Value exempt $1,200.00 |
| Lien - $ | |
| Law:  735 ILCS 5/12-1001c | |
| | |
| 1999 Ford Escort | |
| Debtors Interest $2,000.00 | Value exempt $1,200.00 |
| Lien - $6,000.00 | |
| Law:  735 ILCS 5/12-1001c | |

Checking Account - Amcore Bank
      Debtors Interest $300.00          Value exempt $300.00
      Law:  735 ILCS 5/12-1001b

Pension Plan / 401 k through employer
      Debtors interest  $3,000.00      Value exempt $3,000.00
      Law 735ILCS 12-1006

In re: William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim without deduction value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject Unsecured portion, to the lien if any | |

| | |
|---|---|
| Amcore Mortgage, Inc.<br>%Fisher & Fisher<br>120 N. LaSalle St., Suite 2520<br>Chicago, IL  60602 | $55,000.00 |
| Beneficial Mortgage Company Illinois, Inc.<br>%Karl V. Meyer<br>Freedman, Anselmo, Lindberg & Rappe<br>1807 W. Diehl Rd., Suite 333<br>Naperville, IL  60563 | 98,000.00 |
| Nationwide<br>3435 N. Cicero<br>Chicago,IL 60641 | 6,000.00 |

Subtotal this page:  $153,000.00
Total:  $153,000.00

In re: William J. Kelley & Karen M. Kelley          Case No.

### SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave
pay owing to employees, up to a maximum of $2000 per employee, earned within
90 days immediately preceding the filing of the original petition, or the cessation
of business, which ever occurred first, to the extent provided in 11 U.S. C. sec.
507 (a)(3).
**None**

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered within 180 days
immediately preceding the filing of the original petitions, or the cessation's of
business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507
(a)(4).
**None**

Certain Farmers or Fisherman

Claims or certain farmers or fisherman, up to a maximum of $2000 per farmer or
fisherman, against the debtor, as provided in 11 U.S. C. sec. 507 (a)(5).
**None**

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for the purchase,
lease, or rental of property or services for personal, family, or household use, that
were not delivered or provided.  11 U.S. C. sec. 507 (a)(6).
**None**

Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state and local
governmental units as set forth in 11 U.S.C. sec. 507 (a)(7).
**None**

In re: William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

| | | |
|---|---|---|
| 1. | Wages, Salaries, and Commissions. | $0 |
| 2. | Contributions to Employee Benefit Plans. | $0 |
| 3. | Certain Farmers or Fishermen. | $0 |
| 4. | Deposits by Individuals. | $0 |
| 5. | Taxes and Certain Other debts Owed to Governmental Units. | $0 |

Subtotal this page:  $0
Total:  0

In re:  William J. Kelley & Karen M. Kelley          Case No.

### SCHEDULE F- CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

Creditor's name and complete mailing address    Amount of claim
including zip code

Date claim was incurred and consideration for claim.
If claim is subject to setoff, so state

| Name and Address of Creditor: | Account Number: | Amount of Debt: |
|---|---|---|
| Discover Card<br>P. O. Box 30395<br>Salt Lake City, UT 84130-0395 | 6011 0073 1152 2030 | $514.17 |
| Beneficial<br>P. O. Box 17574<br>Baltimore, MD 21297 | 412001-00-297540-7 | 1,186.57 |
| Progressive Financial Services<br>P. O. Box 22083<br>Tempe, AZ 85285 | 0176603900030239 | 7,744.60 |
| Risk Management Alternatives, Inc.<br>P. O. Box 105044<br>Atlanta, GA 30348 | 12105729-RMS005 | 3,837.45 |
| Dental Care of Algonquin<br>285 Stonegate Rd.<br>Algonquin, IL 60102 | | 1,196.11 |
| Menard's<br>Blitt and Gaines<br>318 W Adams St Ste 1600<br>Chicago, IL 60606 | | 1,200.00 |

Subtotal this page: $15,681.00
Total: $15,681.00

In re:  William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE G-EXECUTORY CONTACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtors' interest. State whether lease is for non-residential real property. State contract number of any government contract. |
|---|---|
| **None** | |

In re:  William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE H-CODEBTORS

| Name and address of codebtor | Name and address of creditor |
| --- | --- |
| **None** | |

In re: William J. Kelley & Karen M. Kelley        Case No.

## SCHEDULE I-CURRENT INCOME AND INDIVIDUAL DEBTORS

DEBTORS' MARITAL STATUS: Married

DEPENDENTS OF DEBTOR: 1
Shawn - age 16
Living with debtors: 1

Not living with debtors but paying support for: 0

Child support: 0

Dependents not living at home: 0

Paying spousal support for: 0

------------------------------------------------------------------------------------------------

EMPLOYMENT:
HUSBAND

Occupation: Glazier
Employer name: Glazier's Local Union #27
How long employed: 5 years
Address of employer: 4225 Lawndale Avenue
                     Lyons, IL 60534

WIFE

Occupation: Kennel Manager
Employer name: Animal Care Clinic
How long employed: 5 years
Address of employer: 2301 Stonegate Rd
                     Algonquin, IL 60102

| INCOME: | HUSBAND | WIFE |
| --- | --- | --- |
| Current monthly gross wages, salary and commissions | $5,200.00 | $1,100.00 |
| Estimated monthly overtime | | |
| SUBTOTAL | $5,200.00 | $1,100.00 |

LESS PAYROLL DEDUCTIONS
  a. Payroll taxes and
     social security ....................................
  b. Insurance...........................................
  c. Union dues........................................
  d. Other...............................................

HUSBAND

WIFE

SUBTOTAL OF DEDUCTIONS........................ $1,300.00        $200.00

TOTAL NET MONTHLY TAKE HOME PAY  $3,900.00        $900.00
Regular income from operation of
business or profession or farm...............................

Income from real property......................................

Interest and dividends............................................

Alimony, maintenance, or support
payments payable to the debtor
for the debtors' use or that of
dependents listed above.........................................

Social security or other government
assistance: Unemployment

HUSBAND

WIFE

Pension or retirement

Other monthly income:
        HUSBAND

        WIFE

TOTAL MONTHLY INCOME......................    $3,900.00        $900.00

TOTAL COMBINED MONTHLY INCOME        $4,800.00

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

Page 2

In re:  William J. Kelley & Karen M. Kelley          Case No.

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for BOTH DEBTORS

Rent/home mortgage payments...........................................

| | |
|---|---|
| First Mortgage Payment | $ 860.00 |
| Second Mortgage Payment | $ 840.00 |
| REAL ESTATE TAXES ARE  INCLUDED $ | |
| PROPERTY INSURANCE IS  INCLUDED | |

| | |
|---|---|
| Utilities:  Electricity and heating fuel.................................... | $ 200.00 |
| Water and sewer............................................... | $  75.00 |
| Telephone............................................... | $  100.00 |
| Other............................................... | $ |
| Garbage............................................... | $  45.00 |
| Security............................................... | $ |
| Cable............................................... | $  60.00 |

| | |
|---|---|
| Home maintenance........................................................ | $ 75.00 |
| Food........................................................ | $ 600.00 |
| Clothing........................................................ | $  75.00 |
| Laundry and dry cleaning..................................... | $  40.00 |
| Medical and dental expenses............................... | $  20.00 |
| Transportation................................................ | $ 320.00 |
| Recreation, clubs, and entertainment, | |
| newspapers, magazines, etc.................................... | $ 300.00 |
| Charitable contributions........................................... | $ |

| | |
|---|---|
| Insurance: | |
| Homeowner's or renter's............................................ | $ |
| Life........................................................ | |
| Health........................................................ | |
| Auto........................................................ | $ 300.00 |
| Other........................................................ | |

Taxes:
Real estate (property) taxes........................................................

Installment payments:
    Auto................................................................
    Other................................................................

Alimony, maintenance, and support paid to others........................

Payments for support of additional dependents
not living at your home...............................................................

Regular expenses from Rental Property
profession, or farm....................................................................$

Other:  Chapter 13 Payment                              $ 640.00

TOTAL MONTHLY EXPENSES...............................................$4,800.00

(The penalties of making a false statement or concealing property is a fine up to $500,000
or imprisonment for up to 5 years or both -18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, and I, named as the debtors in this case declare under penalty of perjury that I have read
the foregoing Summary and Schedules, consisting of 12 sheets, 14 sheets, and that it is
true and correct to the best of my information and belief.

Signature:_____          Date:_____

Signature:_____  _____          Date:_____

In re:  William J. Kelley & Karen M. Kelley          Case No.

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

==============SUMMARY OF SCHEDULES==============

| Schedule name | Assets | Liabilities | Other |
|---|---|---|---|
| X (marked if attached) | # sheets | | |
| A - Real Property | | $ 200,000.00 | |
| B - Personal Property | | $ 10,650.00 | |
| C - Property Claimed as Exempt | | $ 25,900.00 | |
| D - Creditors Holding Secured Claims | | $ 159,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | | $ 0 | |
| F - Creditors Holding Unsecured Non-priority Claims | | $ 15,681.00 | |
| G - Executory Contracts and Unexpired Leases | | $ | |
| H - Codebtors | | $ | |
| I - Current Income of Individual Debtors | | $ | |
| J - Current Expenditures of Individual Debtors | | $ | |

Summary Sheet
Total No. Sheets
Total Assets  $210,650.00
Total Liabilities  $164,681.00
Total No. of Creditors:  8
Excess Income (if any):  $ 0

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re: William J. Kelley & Karen M. Kelley        Case No.

Social Security No.: ***-**-8195                  Statement of Financial Affairs

Social Security No.: ***-**-4193                  Chapter 13
Debtors

1.    Income from employment or operation of business.

      State the gross amount of income the debtors have received from employment,
      trade, or profession, or from operation of debtors' business from the beginning of
      this calendar year to the date this case was commenced.  State also the gross
      amounts received during the two years immediately preceding this calendar year.

HUSBAND

| This year: 2004 | Amount: $50,000.00 |
| Source: Employment | |
| Last year: 2003 | Amount: $60,000.00 |
| Source: Employment | |
| Previous year: 2002 | Amount: $40,000.00 |

WIFE

| This year: 2004 | Amount: $14,000.00 |
| Source: Employment | |
| Last year: 2003 | Amount: $18,000.00 |
| Source: Employment | |
| Previous year: 2002 | Amount: $16,000.00 |

2.    Income other than from employment or operation of business.

      State the amount of income received by the debtors other than from employment,
      trade, profession, or operation of the debtors' business during the two years
      immediately preceding the commencement of this case.

      None

3.    Payments to creditors.

   a.    List all payments on loans, installment purchases of goods or services, and
         other debts, aggregating more than $600 to any creditor, made within 90
         days immediately preceding the commencement of this case.

None

Specifics:

   b.    List all payments made within one year immediately preceding the
         commencement of this case to or for the benefit of creditors who are or
         were insiders.
None

4.    Suits, executions, garnishments, and attachments.

   a.    List all suits to which the debtors are or were a party within one year
         immediately preceding the filing of this bankruptcy case.
Cavalry SPV II, LLC vs. William J. Kelley - Case #03 SC 1739 - Judgment entered
against defendant on 10-16-03 in the amount of $1,400.00
Amcore Mortgage 04 CH 437 Foreclosure
   b.    Describe all property that has been attached, garnished, or seized under
         any legal or equitable process within one year immediately preceding the
         commencement of this case.
         Amcore Bank Checking-1291.00 03 SC 1739
5.    Repossessions, foreclosures, and returns.

   a.    List all property that has been repossessed by a creditor, sold at a
         foreclosure sale, transferred through a deed in lieu of foreclosure or
         returned to the seller, within one year immediately preceding the
         commencement of this case.

         None

6.    Assignments and receiverships.

   a.    Describe any assignment of property for the benefit of creditors made
         within 120 days immediately preceding the commencement of this case.
         NONE

   b.    List all property which has been in the hands of a receiver or court-
         appointed official within one year immediately preceding the
         commencement of this case.
         NONE

7.   Gifts.

List all gifts or charitable contributions made within one year immediately
preceding the commencement of this case except ordinary and usual gifts to
family members aggregation less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.
NONE

8.   Losses.

List all losses from fire, theft, other casualty or gambling within one year
immediately preceding the commencement of this case or since the
commencement of this case.
NONE

9.   Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any
persons, including attorneys, for consultation concerning debt consolidation, relief
under the bankruptcy law or preparation of a petition in bankruptcy within one
year immediately preceding the commencement of this case.

Filing fee:  $194.00
Attorneys fees:  $1,000.00
Source was:  Income Earned
Date(s) of payment:  10/8/04

10.  Other transfers.

List all other property, other than property transferred in the ordinary course of the
business of financial affairs of the debtors transferred either absolutely or as
security within one year immediately preceding the commencement of this case.
NONE

11.  Closed financial account.

List all financial accounts and instruments held in the name of the debtors or for
the benefit of the debtors which were closed, sold, or otherwise transferred within
one year immediately preceding the commencement of this case.
NONE.

12.  Safe deposit boxes.

List each safe deposit box or other box or depository in which the debtors have or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.
NONE

13.   Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtors within 90 days preceding the commencement of this case.
NONE

14.   Property held for another person.

List all property owned by another person that the debtors hold or control.
NONE

15.   Prior address of debtors.

If the debtors have moved within the two years immediately preceding the commencement of this case, list all premises which the debtors occupied during that period and vacated prior to the commencement of this case.

Husband's length of time at current residence:

Wife's length of time at current residence:

Husband's prior residences:

Wife's prior residences:

16.   Nature, location, and name of business.

   a.   For individuals, list the names and addresses of all businesses in which either debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which either debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.
      **NONE**
   b.   If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.
      **NONE**

    c.     If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

               **NONE**

17.    Book, records, and financial statements.

    a.     List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtors.

               **NONE**

    b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account records, or prepared a financial statement of the debtors.

               **NONE**

    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records, or prepared a financial statement of the debtors.

               **NONE**

    d.     List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to who a financial statement was issued within the two years immediately preceding the commencement of this case by the debtors.

               **NONE**

18.    Inventories.

    a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

               **NONE**

    b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

               **NONE**

19.    Current Partners, Officers, Directors, and Shareholders.

    a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

               **NONE**

    b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or hold 5 percent or more of the voting securities of the corporation.

               **NONE**

20.    Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

**NONE**

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**NONE**

21.  Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**NONE**

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  -18 U.S.C. secs. 152 and 3571.)


## DECLARATION

I, and I, named as the debtors in this case, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, consisting of 4 sheets, and that it is true and correct to the best of my information and belief.

Signature: X _William J Kelley_        _10/9/04_
                                         Date

Signature: X _Karen M Kelley_          _10/9/04_
                                         Date

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re:  William J. Kelley & Karen M. Kelley          Case No.

Debtor:  William J. Kelley                            Numbered Listing of Creditors
Social Security No.:  ***-**-8195
                                                      Chapter 7

Debtor:  Karen M. Kelley
Social Security No.:  ***-**-4193

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| Amcore Mortgage, Inc.<br>%Fisher & Fisher<br>120 N. LaSalle St., Suite 2520<br>Chicago, IL 60602 | | $55,000.00 |
| Beneficial Mortgage Company Illinois, Inc.<br>%Karl V. Meyer<br>Freedman, Anselmo, Lindberg & Rappe<br>1807 W. Diehl Rd., Suite 333<br>Naperville, IL 60565 | | 98,000.00 |
| Nationwide<br>3435 N. Cicero<br>Chicago, IL. 60641 | | 6,000.00 |
| Discover Card<br>P. O. Box 30395<br>Salt Lake City, UT 84130-0395 | | $514.17 |
| Beneficial<br>P. O. Box 17574<br>Baltimore, MD 21297 | | 1,186.57 |
| Progressive Financial Services<br>P. O. Box 22083<br>Tempe, AZ 85285 | | 7,744.60 |

Risk Management Alternatives, Inc.                                     3,837.45
P. O. Box 105044
Atlanta, GA  30348

Dental Care of Algonquin                                               1,196.11
285 Stonegate Rd.
Algonquin, IL  60102

Menard's
Bill to Gaines
318 W. Adams Ste 1600
Chicago, IL. 60606

(The penalties for making a false statement or concealing property is a fine of up to
$500,00 or imprisonment for up to 5 years or both.  -18 U.S.C. secs. 152 and 3571)

## DECLARATION

I, and I, names as the debtors in this case, declare under penalty of perjury that I have read
the foregoing Numbered Listing of Creditors, consisting of 1 sheets, and that it is true and
correct to the best of my information and belief.

Signature: _William J. Kelley_                Date: _10/9/04_

Signature: _Karen M Kelley_                   Date: _10/9/04_

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re:  William J. Kelley & Karen M. Kelley          Case No.

Debtor:  William J. Kelley                                     Mailing Matrix
Social Security No.:  ***-**-8195
                                                                         Chapter 7

Debtor:  Karen M. Kelley
Social Security No.:  ***-**-4193

Amcore Mortgage, Inc.
%Fisher & Fisher
120 N. LaSalle St., Suite 2520
Chicago, IL  60602

Beneficial Mortgage Company Illinois, Inc.
%Karl V. Meyer
Freedman, Anselmo, Lindberg & Rappe
1807 W. Diehl Rd., Suite 333
Naperville, IL  60563

Nationwide
3435 N. Cicero
Chicago, IL. 60641

Discover Card
P. O. Box 30395
Salt Lake City, UT 84130-0395

Beneficial
P. O. Box 17574
Baltimore, MD  21297

Progressive Financial Services
P. O. Box 22083
Tempe, AZ  85285

Risk Management Alternatives, Inc.
P. O. Box 105044
Atlanta, GA  30348

Dental Care of Algonquin
285 Stonegate Rd.
Algonquin, IL 60102

Menard's
Blitt + Gaines
318 W. Adams St.
Ste. 1600
Chicago, IL. 60606

(The penalties for making a false statement or concealing property is a fine of up to $500,00 or imprisonment for up to 5 years or both. -18 U.S.C. secs. 152 and 3571)

## DECLARATION

I, and I, names as the debtors in this case, declare under penalty of perjury that I have read the foregoing Mailing Matrix, consisting of 1 sheets, and that it is true and correct to the best of my information and belief.

Signature: _William J. Kelley_    Date: _10/9/04_

Signature: _Karen M Kelley_    Date: _10/9/04_