IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: )
)
)
WILLIAM J. KELLEY, )
KAREN M. KELLEY, )
) CASE NO. 04-75215
Debtor. )

## STATEMENT OF OUTSTANDING POST PETITION OBLIGATIONS OWED TO AMCORE BANK

AMCORE BANK N.A., Creditor herein, hereby state that the Debtors owe the following outstanding post-petition obligations to Amcore Bank N.A.:

| | |
|---|---|
| September 1, 2006 | $950.93 |
| October 1, 2006 | $950.93 |
| TOTAL DUE | $1,901.86 |

*Barbara Giorgi Vella* (signature)
BARBARA GIORGI VELLA

PREPARED BY:
BARBARA GIORGI VELLA
VELLA & LUND, P. C.
401 West State Street, Suite 300
Rockford, Illinois 61101
(815)965-7979