# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM J. KELLEY & KAREN M. KELLEY  
3 JAYNE STREET  
ALGONQUIN, IL  60102  

SSN-xxx-xx-8195 & xxx-xx-4193

Case Number: 04-75215

Case filed on: 10/18/2004  
Plan Confirmed on: 1/12/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $20,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD C KELLY | 509.00 | 509.00 | 509.00 | 0.00 |
|  | Total Legal | 509.00 | 509.00 | 509.00 | 0.00 |
| 999 | WILLIAM J. KELLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 9,827.19 | 9,827.19 | 9,827.19 | 0.00 |
| 002 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 102,243.56 | 0.00 | 0.00 | 0.00 |
| 003 | NATIONWIDE ACCEPTANCE | 3,000.00 | 3,000.00 | 3,000.00 | 350.62 |
|  | Total Secured | 115,070.75 | 12,827.19 | 12,827.19 | 350.62 |
| 003 | NATIONWIDE ACCEPTANCE | 2,997.29 | 2,997.29 | 2,339.34 | 0.00 |
| 004 | DISCOVER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PROGRESSIVE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DENTAL CARE OF ALGONQUIN | 1,906.14 | 1,906.14 | 1,487.71 | 0.00 |
| 009 | MENARD'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMCORE BANK NA | 803.75 | 803.75 | 627.31 | 0.00 |
| 011 | BLITT & GAINES PC | 1,682.04 | 1,682.04 | 1,312.81 | 0.00 |
|  | Total Unsecured | 7,389.22 | 7,389.22 | 5,767.17 | 0.00 |
|  | Grand Total: | 122,968.97 | 20,725.41 | 19,103.36 | 350.62 |

Total Paid Claimant:     $19,453.98  
Trustee Allowance:       $1,346.02  
Percent Paid Unsecured:      78.05  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan